IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v                         No. 4:10-cr-192-DPM-2

TOMMY JORDAN                                                    DEFENDANT

ORDER OF REASSIGNMENT

The above-referenced case, which was placed on the unassigned docket on 22 August 2012, has been returned to the docket of United States District Judge D. P. Marshall Jr.

Dated this 4th day of June, 2013.

                        AT THE DIRECTION OF THE COURT
                        JAMES W. McCORMACK, CLERK

                        By: /s/ Martha Fugate
                        Deputy Clerk

cc: Hon. D.P. Marshall Jr.
All Parties